**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| KAREN TURLEY and MICHAEL TURLEY, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 14-cv-0004 (TSC)(AK) |
| DISTRICT OF COLUMBIA, | ) ) | |
| Defendant. | ) ) ) | |

## ORDER

Upon careful consideration of the record in this case, Magistrate Judge Kay's Report & Recommendation (ECF No. 22), and having received no objections or responses to the Magistrate Judge's Report and Recommendation from either of the parties to this case, the Court hereby **ADOPTS** and **ACCEPTS** the Report and Recommendation in full. It is therefore

**ORDERED** that Plaintiffs' motion for attorney's fees (ECF No. 19) is **GRANTED IN PART** and **DENIED IN PART**; and it is further

**ORDERED** that Plaintiffs are awarded total fees and costs of $10,503.79, as calculated at pages 11-12 of Magistrate Judge Kay's Report & Recommendation; and it is further

**ORDERED** that the Court retains jurisdiction over this matter for the purpose of enforcing the directives set forth in this order and resolving any disputes or other matters related thereto.

THIS IS A FINAL APPEALABLE ORDER.

Date:  November 18, 2015

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge